## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA P. MADSEN, | |
| Plaintiff, | |
| v. | Case No. 3:24-cv-01531 |
| PRATT & WHITNEY RAYTHEON TECHNOLOGIES CORPORATION, | March 21, 2025 |
| Defendant. | |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant Pratt & Whitney, a Division of RTX Corporation[1] ("Pratt" or "Defendant"), moves this Court to dismiss Plaintiff Lisa P. Madsen's ("Madsen" or "Plaintiff") Amended Complaint (ECF No. 27) in its entirety and with prejudice. Plaintiff failed to exhaust her administrative remedies because her complaint with the Office of Federal Contract Compliance Program ("OFCCP"), which was transferred to the Equal Employment Opportunity Commission ("EEOC") and deemed dual filed (the "EEOC Charge"), was untimely.

Additionally, Plaintiff failed to include claims or even allegations of sex discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, in her EEOC Charge, and she did not receive a release of jurisdiction from the Connecticut Commission on Human Rights and Opportunities that would allow her to pursue claims under the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. §46a-60, *et. seq.*

---

[1] Defendant is incorrectly named as "Pratt & Whitney Raytheon Technologies Corporation." In June 2023, Raytheon Technologies Corporation became RTX Corporation.

For the reasons, and as set forth more fully in the accompanying Memorandum of Law, Pratt respectfully moves this Court to dismiss Plaintiff's Amended Complaint in its entirety and with prejudice.

DATED: March 21, 2025

Respectfully submitted,

PRATT & WHITNEY, A DIVISION OF RTX CORPORATION,

By: */s/ Nicole C. Chomiak*
Anthony S. Califano, #ct 27323
acalifano@seyfarth.com
Nicole C. Chomiak, #ct18547
nchomiak@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA  02210-2028
Telephone:   (617) 946-4800
Facsimile:    (617) 946-4801

Attorneys for Defendant
Pratt & Whitney, a Division of RTX Corporation

## **CERTIFICATE OF SERVICE**

I certify that on March 21, 2025, a true and correct copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

>                   */s/ Nicole C. Chomiak*
>                   Nicole C. Chomiak